# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Karen Eastman**
        Plaintiff(s)

vs.                        **CASE NUMBER: 5:24-cv-1185 (DNH/PJE)**

**Leland Dudek**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

The parties, through their respective counsel, stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), including an opportunity for a hearing and a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated March 10, 2025.

DATED: March 17, 2025

_(signature)_
Clerk of Court

s/_____
Heather Merritt
Deputy Clerk